## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Eric Cabana
      Plaintiff,

v.                  Case No.: 1:24−cv−04663
                 Honorable Sunil R. Harjani

JC Licht, LLC
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2025:

  MINUTE entry before the Honorable Sunil R. Harjani: Telephonic motion hearing held. For the reasons stated on the record, Joint Motion for Approval of Settlement Agreement [44] is granted. This case is hereby dismissed without prejudice, and with automatically convert to dismissal with prejudice twenty−one (21) days after the entry of the Agreed Order. Each party shall bear their own fees and costs in accordance with the terms of the Settlement Agreement. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.