IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC CABANA, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Case No. 24 C 04663 |
| v. | ) ) | Judge Sunil R. Harjani |
| JC LICHT, LLC, a Delaware Limited Liability Company, | ) ) ) | Magistrate Judge Sheila M. Finnegan |
| Defendant. | ) ) | |

**AGREED PROPOSED ORDER**

This cause comes to be heard on the Parties' Joint Motion for Approval of Settlement Agreement (the "Motion") (collectively Plaintiff and Defendant are referred to as the "Parties"). The Court having been fully advised, and having reviewed and considered the Settlement Agreement, IT IS HEREBY ORDERED THAT:

1. The Court has considered arguments concerning whether the proposed settlement of this litigation on the terms and conditions provided for in the Settlement Agreement is a fair and reasonable compromise of a *bona fide* dispute between the Parties;

2. The Court finds that the Settlement Agreement is the result of arm's length negotiations and provides substantial relief to Plaintiff;

3. The Motion is granted;

4. The Court hereby approves the terms provided in the Settlement Agreement; and

5. This action, including all claims that were filed or could have been filed, is initially dismissed without prejudice, and will automatically convert to a dismissal with prejudice twenty-one (21) days after entry of this Order, unless a party moves to reinstate the case solely for the

purpose of enforcing the Settlement Agreement. Each party shall bear their own fees and costs in accordance with the terms of the Settlement Agreement.

ENTERED: 5/2/2025 By: _____
United States District Court Judge